**Curtis Renee JACKSON,**
**Plaintiff-Appellant,**

v.

**DYE, Registered Nurse; L. Mills,**
**Licensed Vocational Nurse,**
**Defendants-Appellees.**

No. 16-16849

United States Court of Appeals,
Ninth Circuit.

Submitted August 9, 2017 *

Filed August 14, 2017

Curtis Renee Jackson, Pro Se

Vickie P. Whitney, AGCA-Office of the California Attorney General, Sacramento, CA, for Defendants-Appellees

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Curtis Renee Jackson, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004). We affirm.

The district court properly granted summary judgment because Jackson failed to raise a genuine dispute of material fact as to whether defendants were deliberately

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

indifferent to Jackson's urinary tract infection. *See id.* at 1057-60 (a prison official acts with deliberate indifference only if he or she knows of and disregards an excessive risk to the prisoner's health; negligence is insufficient to establish deliberate indifference).

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.